Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ENNIS,<br><br>                Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and TRINET GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>                Defendants. | CASE NO. 3:18-cv-01617-WHO<br><br>Judge: William H. Orrick<br>Courtroom 2<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 14, 2018 |

The parties having stipulated that this matter has been resolved in its entirety with each side to bear its own attorney's fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED:

Date: February 12, 2019

_____
William H. Orrick
UNITED STATES DISTRICT JUDGE

-1-

CASE NO. 3:18-cv-01617-JCS
[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE